AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

WSOU Investments, LLC d/b/a Brazos Licensing and Development
*Plaintiff*

v.  Case No. 3:20-cv-00724-JAG

F5 Networks, Inc.
*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

F5 Networks, Inc.

Date: 12/31/2020

*/s/ Stephen E. Baskin*
*Attorney's signature*

Stephen E. Baskin (VA 47567)
*Printed name and bar number*

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, 2nd Floor
Washington, DC 20006-4707
*Address*

sbaskin@kslaw.com
*E-mail address*

(202) 737-0500
*Telephone number*

(202) 626-3737
*FAX number*